# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

JOSHUA BRADSHAW,
      Plaintiff,

      v.

FORD MOTOR COMPANY; HERITAGE FORD INC; and DOES 1 through 10, inclusive,

      Defendants.

Case No.: 5:25-cv-04188-PCP

[PROPOSED] ORDER GRANTING JOINT STIPULATION FOR ORDER TO CONTINUE THE DEADLINE TO FILE PLAINTIFF'S MOTION FOR ATTORNEYS' FEES, COSTS, AND EXPENSES AND JURISDICTION AS MODIFIED

On March 25, 2026, both Parties filed a Joint Stipulation to Continue Court's Jurisdiction Over Settlement filed by the parties.

The Court, having considered the Parties' Joint Stipulation and finding good cause therefore, hereby GRANTS the Joint Stipulation and ORDERS as follows:

1. The Joint Stipulation is Granted;

2. The Court continues the filing deadline of Plaintiff's Motion for Attorneys' Fees, Costs, and Expenses from April 10, 2026, to May 11, 2026; and

3. The Court retains Jurisdiction over the action until Plaintiff's fees, costs, and expenses are decided and funding satisfied.

4. No further extensions will be granted absent a compelling showing of good cause.

IT IS SO ORDERED.

Dated:  March 26, 2026

_____
Hon. P. Casey Pitts
UNITED STATES DISTRICT JUDGE

-1-