# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

JOSHUA BRADSHAW,

      Plaintiff,

      vs.

FORD MOTOR COMPANY;
HERITAGE FORD, INC.; and DOES
1 through 10, inclusive,

      Defendants.

Case No.:  5:25-cv-04188-PCP

District Judge: Hon. P. Casey Pitts

**ORDER GRANTING JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE PER FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)**

## <u>ORDER GRANTING JOINT STIPULATION FOR DISMISSAL</u>

Upon the Joint Stipulation of the Parties to dismiss this case in light of settlement of damages and attorneys' fees, costs, and expenses, and satisfied funding of such:

It is hereby ORDERED that this matter is DISMISSED WITH PREJUDICE.

Date:  April 30, 2026

_____

Honorable P. Casey Pitts

UNITED STATES DISTRICT JUDGE

**ORDER GRANTING JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE PER FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)**